# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **James Lee Gains,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | No. 12 C 2858 |
| ) | |
| **Zimmer, Inc., et al,** ) | Judge Rebecca R. Pallmeyer |
| ) | |
| ) | |
| **Defendants.** ) | |

## ORDER

Pursuant to Stipulation, the above cause is dismissed without prejudice, with each party to bear their own costs, expenses and attorneys' fees.

ENTER:

Dated: February 19, 2015

_____
REBECCA R. PALLMEYER
United States District Judge